**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THREE RIVERS DISTRIBUTING, LLC                                                    PLAINTIFF

v.                                    No. 4:10CV01513 JLH

ZERA A. ROUSSEL                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 9th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE